**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08cr180-MEF |
| | ) | |
| **CASEY DEAN BARGER** | ) | (WO) |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on July 23, 2009, this Court entered a Preliminary Order of Forfeiture (Doc. 46), forfeiting the following property to the United States:

    (a)    one E-machines T6524 computer tower, containing one Seagate internal hard drive, bearing serial number GRY5920001141;

    (b)    one generic tower model computer, off-white in color, displaying no serial number, containing one Western Digital internal hard drive; and,

    (c)    one Gateway computer, Model GT5432, personal computer containing one Seagate internal hard drive, displaying no serial number.

WHEREAS, publication of notice was not required pursuant to Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims as the property is of *de minimus* value and publication would exceed the property's value; and,

WHEREAS, the Court finds that defendant Casey Dean Barger has an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 2253. The United States has established the requisite nexus between such property in the commission of the violation of Title 18, United States Code, Section 2252A(a)(2).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The United States of America's Motion for a Final Order of Forfeiture (Doc. # 58) is GRANTED and the following property is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

    **(a)   one E-machines T6524 computer tower, containing one Seagate internal hard drive, bearing serial number GRY5920001141;**

    **(b)   one generic tower model computer, off-white in color, displaying no serial number, containing one Western Digital internal hard drive; and,**

    **(c)   one Gateway computer, Model GT5432, personal computer containing one Seagate internal hard drive, displaying no serial number.**

2. All right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States and shall be disposed of according to law;

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

4. The Clerk of the Court shall forward three certified copies of this Order to the United States Attorney's Office.

    SO ORDERED this the 2nd day of December, 2009.

                                /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE